# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANNETTE DUNN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEW YORK OFFICE OF ATTORNEY GENERAL,<br><br>　　　　Defendant. | Case No. 3:19-cv-00099-JPG-MAB |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: February 15, 2019

　　　　　　　　　　　　　　　　　　　**MARGARET M. ROBERTIE,**
　　　　　　　　　　　　　　　　　　　**Clerk of Court**

　　　　　　　　　　　　　　　　　　　**BY:　　s/Tina Gray**
　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**